NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SIGHTLINE PAYMENTS, LLC,**
*Plaintiff-Appellant*

**v.**

**EVERI HOLDINGS INC., EVERI PAYMENTS INC., EVERI GAMES HOLDING INC., EVERI GAMES INC.,**
*Defendants-Appellees*

_____

2022-1956

_____

Appeal from the United States District Court for the Western District of Texas in No. 6:21-cv-01015-ADA, Judge Alan D. Albright.

_____

**ORDER**

The parties having so agreed,

IT IS ORDERED THAT:

(1) The above-captioned appeal is dismissed under Fed. R. App. P. 42(b).

2          SIGHTLINE PAYMENTS, LLC v. EVERI HOLDINGS INC.

(2) Each side shall bear their own costs.

FOR THE COURT

September 29, 2023
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** September 29, 2023